# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Kranos IP Corporation et al., v. Riddell, Inc.

Case Number: 17-cv-6802

An appearance is hereby filed by the undersigned as attorney for:
Riddell, Inc.

Attorney name (type or print): Michelle M. Umberger

Firm: Perkins Coie LLP

Street address: 33 East Main Street, Suite 201

City/State/Zip: Madison, WI 53703-3095

Bar ID Number: 1023801
(See item 3 in instructions)

Telephone Number: (608) 663-7469

Email Address: MUmberger@perkinscoie.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/16/2019

Attorney signature: S/ Michelle M. Umberger
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 16, 2019, a true and correct copy of the foregoing was served via the CM/ECF system upon the following attorneys of record:

James J. Lukas, Jr.
lukasj@gtlaw.com
Benjamin P. Gilford
gilfordb@gtlaw.com
Howard E. Silverman
silvermanh@gtlaw.com
Richard D. Harris
harrisr@gtlaw.com
Matthew J. Levinstein
levinsteinm@gtlaw.com
Callie Sand
sandc@gtlaw.com
Greenberg Traurig, LLP
77 W. Wacker Dr., Suite 3100
Chicago, Illinois 60601

*Attorneys for Defendant, Kranos Corporation*
*d/b/a Schutt Sports*


By: */s/ Michelle M. Umberger*
    *Attorney for Defendant Riddell, Inc.*